UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER ARNESS GODWIN,**

     **Plaintiff,**

**v.**                                **Case No.  5:25-cv-357-MCR-MJF**

**OFFICER CRIMARTIE,** *et al.*,

     **Defendants.**

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 2, 2026.  ECF No. 7.  Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.[1]

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference into this Order.

---

[1] Plaintiff filed two amended complaints without first seeking leave of Court. ECF Nos. 10, 12. Nevertheless, the amended complaints have been considered and do not change the Report and Recommendation.

2.      This civil action is **DISMISSED** without prejudice because Plaintiff violated the Local Rules for the Northern District of Florida and abused the judicial process by failing to disclose fully and accurately his litigation history.

3.      All pending motions are DENIED as moot.

4.      The clerk of court will enter judgment accordingly and close the file.

**DONE AND ORDERED** this 30th day of March 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**